### 2121. SOUTHERN RAILWAY CO. *v.* FREEMAN.

HILL, C. J. No error of law appears, and the verdict is supported by some evidence.     *Judgment affirmed.*

Action for damages; from city court of Baxley—Judge O'Steen. Argued December 6, 1909.—Decided February 10, 1910.

*J. F. DeLacy*, for plaintiff in error. *W. W. Bennett*, contra.

---

### 2126. HILL *v.* JONES.

HILL, C. J. 1. The Civil Code, §2693, par. 4, requires that "any contract for sale of lands, or any interest in, or concerning them," to make the obligation binding, shall be "in writing, signed by the party to be charged therewith, or some person by him lawfully authorized."

2. A receipt alleged to have been given for part of the purchase-price of land, which reads as follows: "Received of A. five dollars, to confirm trade for 161 acres of land purchased from B., known as Judge Hayes place," signed by B., is not such a note or memorandum of the contract of sale as will take the case without the statute of frauds, as to A. *Smith* v. *Jones*, 66 *Ga.* 338 (42 Am. R. 72); *Turner* v. *Lorillard*, 100 *Ga.* 645 (28 S. E. 383, 62 Am. St. R. 345); *Corbin* v. *Durden*, 126 *Ga.* 429 (55 S. E. 30).

3. It is only where partial payment is accompanied with possession by the vendee that a contract for the sale of land, not in writing, will amount to such part performance as will take the contract out of the statute. Civil Code, § 4037.

4. The contract for the sale of the land not being in writing or enforceable as falling within any of the exceptions to the statute of frauds, the trial court did not err in excluding all the evidence offered to show the un-accepted tender of a deed to the land and demand for the purchase-money, and in awarding a nonsuit. *Graham* v. *Theis*, 47 *Ga.* 479; *Roughton* v. *Rawlings*, 88 *Ga.* 819 (16 S. E. 89).     *Judgment affirmed.*

Complaint; from city court of Franklin—Judge Freeman presiding. July 28, 1909.

Argued December 6, 1909.—Decided February 10, 1910.

*W. C. Hodnett*, for plaintiff. *A. H. Freeman*, for defendant.